**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bryon Walter PETZ, Defendant–**
**Appellant.**

**No. 12–30157.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted Dec. 19, 2012.*

Filed Dec. 31, 2012.

Paulette Lynn Stewart, Office of the U.S. Attorney, Helena, MT, Leif Johnson, Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Michael Donahoe, Esquire, Assistant Federal Public Defender, Federal Defenders of Montana, Helena, MT, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Bryon Walter Petz appeals from the district court's judgment and challenges the 24–month sentence imposed following his guilty-plea conviction for being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Petz contends that the district court erred by applying a six-level official victim enhancement under U.S.S.G. § 3A1.2(c)(1). The record supports the district court's finding that Petz's conduct in resisting arrest created a substantial risk of serious bodily injury to the arresting officer; thus, the district court did not abuse its discretion in imposing the enhancement. *See* U.S.S.G. § 3A1.2(c)(1); *United States v. Anchrum*, 590 F.3d 795, 805 (9th Cir.2009)

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(district court's imposition of enhancement under U.S.S.G. § 3A1.2(c)(1) reviewed for abuse of discretion).

**AFFIRMED.**